MARK E. FERRARIO (NVSBN 1625)
**GREENBERG TRAURIG, LLP**
10845 Griffith Peak Drive, Suite 600
Las Vegas, Nevada 89135
Telephone: (702) 792-3773
miltenbergerc@gtlaw.com

DENISE K. DRAKE, ESQ.
(*pro hac vice forthcoming*)
JASON N.W. PLOWMAN, ESQ.
(*pro hac vice forthcoming*)
TRAVIS L. SALMON, ESQ.
(*pro hac vice forthcoming*)
**POLSINELLI PC**
900 W. 48th Place, Suite 900
Kansas City, MO 64112
Telephone: (816) 753-1000

*Attorneys for Defendants Pinnacle Entertainment, Inc.;
Ameristar Casino Council Bluffs, LLC;
Ameristar Casino East Chicago, LLC; Cactus Pete's, LLC;
Louisiana-I Gaming; PNK (Baton Rouge) Partnership;
PNK (Bossier City), L.L.C.; PNK (Lake Charles)
L.L.C.; PNK (River City), LLC; PNK Vicksburg, LLC;
and Washington Trotting Association, LLC*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| KRYSTALL LOCKETT, AMBER L. CASWELL, JACQUELINE DAVIS, DAVID C. DEVUN JR., TABATHA K. DOZIER, SETH B. ISTRE, RACAL JOHNSON, CYNTHIA J. KOFRON, TONISHA S. LONZO, NATHAN J. MCDERMOTT, JEREMY MITCHELL, LAURA PEREZ, WAYNE SHEFFIELD JAMAICA S. YOUNG, individually, and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>PINNACLE ENTERTAINMENT, INC., AMERISTAR CASINO COUNCIL BLUFFS, LLC D/B/A AMERSITAR COUNCIL BLUFFS, AMERISTAR CASINO | **CASE NO. 2:19-cv-00315-APG-NJK**<br><br>**DEFENDANTS' UNOPPOSED MOTION [AND PROPOSED ORDER] TO EXTEND TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFFS' COMPLAINT (DKT #1)**<br><br>**(FIRST REQUEST)** |

ADMIN 34999956v1

Greenberg Traurig, LLP
10845 Griffith Peak Drive, Suite 600
Las Vegas, NV 89135
(702) 792-3773
(702) 792-9002 (fax)

| | |
|---|---|
| 1<br>2<br>3<br>4<br>5<br>6<br>7<br>8<br>9<br>10<br>11 | EAST CHICAGO, LLC D/B/A AMERISTAR EAST CHICAGO, CATCUS PETE'S, LLC D/B/A CACTUS PETE'S RESORT CASINO, LOUISIANA-I GAMING, A LOUISIANA PARNTERSHIP IN COMMENDAM D/B/A BOOMTOWN NEW ORLEANS PNK (BATON ROUGE) PARTNERSHIP D/B/A L'AUBERGE BATON ROUGE, PNK (BOSSIER CITY), L.L.C. D/B/A BOOMTOWN BOSSIER CITY, PNK (LAKE CHARLES), L.L.C. D/B/A L'AUBERGE LAKE CHARLES, PNK (RIVER CITY), LLC D/B/A RIVER CITY, PNK VICKSBURG, LLC D/B/A AMERISTAR VICSBURG, WASHINGTON TROTTING ASSOCIATION,<br><br>                    Defendants. |

Pursuant to Federal Rule of Civil Procedure 6(b) and Local Rule IA 6-1, Defendants Pinnacle Entertainment, Inc.; Ameristar Casino Council Bluffs, LLC; Ameristar Casino East Chicago, LLC; Cactus Pete's, LLC; Louisiana-I Gaming; PNK (Baton Rouge) Partnership; PNK (Bossier City), L.L.C.; PNK (Lake Charles) L.L.C.; PNK (River City), LLC; PNK Vicksburg, LLC; and Washington Trotting Association, LLC (collectively "Defendants") hereby request that this Court grant them an extension of time up to and including April 3, 2019, to answer or otherwise respond to Plaintiffs' Complaint. In further support of this Motion, Defendants state as follows:

1. Plaintiffs filed a 46-page Complaint on February 21, 2019. Dkt. #1

2. Service of process has been properly completed for at least some of the Defendants, and to the extent any Defendant has not been properly served by the date of the filing of this Motion, Defendants agree to accept such service.

3. Currently, the earliest deadline to answer or otherwise respond to Plaintiffs' Complaint is March 15, 2019, for the first-served Defendants.

4. Defendants collectively request an extension up to and including April 3, 2019, to answer or otherwise respond to Plaintiffs' Complaint.

ADMIN 34999956v1

Greenberg Traurig, LLP
10845 Griffith Peak Drive, Suite 600
Las Vegas, NV 89135
(702) 792-3773
(702) 792-9002 (fax)

5. This requested extension of time to respond to the Complaint will not prejudice Plaintiffs, nor will it unduly delay the timely disposition of this matter. Indeed, this Motion seeks to ensure the efficient and proper use of judicial resources by allowing Defendants to consolidate their responses.

6. No prior extension has been requested by Defendants.

7. Counsel for Defendants discussed this request for an extension of time with Plaintiffs' counsel via telephone on March 13, 2019, and Plaintiffs have no objection to Defendants' request. Further, Plaintiffs' counsel represented that "Plaintiffs are not requiring Defendants to agree to tolling before Plaintiffs agree to an extension."

WHEREFORE, Defendants respectfully request that the Court grant them an extension of time up to and including April 3, 2019, to answer or otherwise respond to Plaintiffs' Complaint.

Dated this 15th day of March 2019.

        **GREENBERG TRAURIG, LLP**

By: /s/ *Mark E. Ferrario*
MARK E. FERRARIO (NVSBN 1625)
**GREENBERG TRAURIG, LLP**
10845 Griffith Peak Drive, Suite 600
Las Vegas, Nevada 89135

DENISE K. DRAKE, ESQ.
(*pro hac vice forthcoming*)
JASON N.W. PLOWMAN, ESQ.
(*pro hac vice forthcoming*)
TRAVIS L. SALMON, ESQ.
(*pro hac vice forthcoming*)
**POLSINELLI PC**
900 W. 48th Place, Suite 900
Kansas City, MO 64112

### ORDER

Based upon the above and foregoing,

**IT IS SO ORDERED**

_____
NANCY J. KOPPE
United States Magistrate Judge
DATED this 18 day of March, 2019.

ADMIN 34999956v1