|   |   |   |
|---|---|---|
| | **UNITED STATES DISTRICT COURT** | |
| | **DISTRICT OF NEVADA** | |
| KRYSTAL LOCKETT, et al., | | Case No.: 2:19-cv-00315-APG-NJK |
| Plaintiffs | | **Order (1) Denying Motions to Dismiss as Moot, (2) Granting Unopposed Motion to Extend Time, and (3) Granting Motion to Change Venue** |
| v. | | |
| PINNACLE ENTERTAINMENT, INC., et al., | | [ECF Nos. 30, 31, 32, 51] |
| Defendants | | |

The parties agree that the defendants' motions to dismiss are moot because the plaintiffs have filed an amended complaint. ECF Nos. 47, 48, 50. I grant the defendants' unopposed motion for leave to extend time for them to answer or otherwise respond to the amended complaint. ECF No. 51. The parties also agree that this matter should be transferred to the United States District Court for the Western District of Missouri as a related action to a case pending there: *Allen v. Pinnacle Entertainment*, No. 4:17-cv-00374-GAF. ECF Nos. 49, 50. As all parties consent and the factors favor transfer, I grant the motion to change venue. *See* 28 U.S.C. § 1404(a).

IT IS THEREFORE ORDERED that the defendants' motions to dismiss **(ECF Nos. 30, 32) are DENIED as moot**.

IT IS FURTHER ORDERED that the defendants' unopposed motion to extend time **(ECF No. 51) is GRANTED**.

IT IS FURTHER ORDERED that the defendants' motion to change venue **(ECF No. 31) is GRANTED**. The clerk of court is instructed to transfer this case to the United States District

Court for the Western District of Missouri as a related action to *Allen v. Pinnacle Entertainment*, No. 4:17-cv-00374-GAF.

DATED this 3rd day of May, 2019.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE